UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CIV-80227 MARRA

JILL KAPLAN,

      Plaintiff

v.

ROBERT LAPPIN, and
THE PALM BEACH POPS, INC.,

      Defendants.

_____/

**PLAINTIFF'S REPLY TO DEFENDANT LAPPIN'S RESPONSE TO
MOTION TO COMPEL DEPOSITION OF DEFENDANT LAPPIN**

Plaintiff, JILL KAPLAN, by and through her undersigned counsel, and pursuant to

S.D.L.R. 7.1(C) hereby files this Reply to "Defendant's Response to Plaintiff's Motion to

Compel Deposition of Defendant, Lappin," and states:


Plaintiff filed her Motion to Compel Deposition of Defendant Lappin on July 1, 2010.

Defendant Lappin filed a Response to the motion on July 15, 2010, arguing that co-Defendant

Pops had already provided sufficient discovery related to jurisdictional issues and that Defendant

Lappin should not be subjected to a deposition while a potentially dispositive jurisdictional

motion to dismiss was pending.

However, on July 20, 2010, this Court entered its Order and Opinion denying Defendant

Pops' motion to dismiss and also denying Defendants' motion to stay discovery.  As a result, all

of the issues raised in Defendant Lappin's Response to the motion to compel his deposition have

been rendered moot.  There is no longer any legitimate basis for Defendant Lappin to avoid his

obligation to sit for deposition. Since Plaintiff has been attempting to schedule Defendant Lappin's deposition since February 25, 2010 (*see* Exhibit A to Motion to Compel), Plaintiff respectfully requests that Defendant Lappin be compelled to sit for deposition in Palm Beach County, Florida within 30 days.

WHEREFORE, Plaintiff moves for entry of an Order compelling Defendant ROBERT LAPPIN to submit to deposition to take place within 30 days from entry of the Order.

Respectfully submitted,

s/ Craig R. Zobel
Craig R. Zobel, Esq.
Florida Bar No. 056080
Email: czobel@reidzobel.com
REID & ZOBEL, P.A.
222 Lakeview Avenue, Suite 1160
West Palm Beach, FL 33401
Phone: (561) 659-7700
Fax: (561) 659-6377
Attorneys for Plaintiff

**Certificate Of Service**

I hereby certify that on July 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

s/ Craig R. Zobel
Craig R. Zobel, Esq.

**<u>SERVICE LIST</u>**
**Kaplan versus Lappin and The Palm Beach Pops**
**Case No.:  9:10-CIV-80227 MARRA**
**United States District Court**
**Southern District of Florida**

<u>Served Via Notices Of Electronic Filing Generated By CM/ECF</u>

Craig R. Zobel, Esq.
email:  czobel@reidzobel.com
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
West Palm Beach, FL 33401
P.O Drawer 2926
West Palm Beach, FL 33402-2926
Telephone:     561-659-7700
Facsimile:      561-659-6377
Attorneys for Plaintiff


G. Joseph Curley, Esq.
email:  jcurley@gunster.com
Keith E. Sonderling, Esq.
email:  ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL  33401
Telephone:     561-655-1980
Facsimile:      561-655-5677
Attorneys for Defendant