UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CIV-80227 MARRA

JILL KAPLAN,

    Plaintiff

v.

ROBERT LAPPIN, and
THE PALM BEACH POPS, INC.,

    Defendants.
_____/

**PLAINTIFF'S OBJECTION TO AND REQUEST FOR CLARIFICATION OR RECONSIDERATION OF MAGISTRATE'S OMNIBUS ORDER [D.E. 44] AS IT PERTAINS TO COMPELLING DEPOSITION OF DEFENDANT LAPPIN**

COMES NOW the Plaintiff, JILL KAPLAN, by and through her undersigned counsel, and pursuant to F.R.C.P. 72(a) hereby files this Objection to the Magistrate Judge's Omnibus Order dated July 26, 2010 [D.E. 44] and respectfully requests this Honorable Court enter an Order clarifying or reconsidering same with respect to scheduling the deposition of Defendant LAPPIN, and states as grounds therefore:

    1.    Plaintiff has filed three Motions to Compel regarding the Defendants' failure to comply with basic discovery requests. [D.E. 33, 35, 36]. Defendants opposed the motions on the grounds that there was a pending motion to dismiss, and Defendants therefore filed a motion to stay discovery [D.E. 28].

    2.    On July 20, 2010, the Court entered its Order and Opinion denying the motion to dismiss and Defendants' motion to stay discovery [D.E. 40]. In response to said Order and

Opinion, the Defendants on July 22, 2010 filed their Motion Requesting a Ruling on Motion of Enlargement of Time to Respond to Discovery [D.E. 42].

3. Pursuant to S.D. Fla. L.R. 7.1(c), Plaintiff's response to Defendants' motion was not due until August 5, 2010. Plaintiff endeavored to promptly prepare and file her Response in Opposition to the Defendant's Motion Requesting a Ruling, and Plaintiff's response was filed on July 26, 2010, and assigned D.E. 45. However, at the same time, the Court, through Magistrate Judge Johnson, ruled on the Defendants' Motion, issuing its Omnibus Order, which was assigned D.E. 44. It is clear from reading the Omnibus Order that Judge Johnson did not yet receive Plaintiff's Response when making her ruling.

4. Pursuant to F.R.C.P. 72(a), Plaintiff objects to the Omnibus Order to the extent it does not require Defendant LAPPIN to appear for deposition within 30 days. Plaintiff requests the Court issue an additional Order clarifying or reconsidering the Omnibus Order. The bases of the objections are as follows:

A. The Omnibus Order was issued without affording Plaintiff her opportunity under S.D. Fla. L.R. 7.1(c) to respond to Defendants' Motion Requesting a Ruling. *See, e.g., United States v. De La Mata*, 535 F.3d 1267, 1274-75 (11th Cir. 2008) (trial court abused discretion by ruling on motion without affording opposition time to respond to motion as required by Local Rule 7.1(c)).

B. The issues raised in Plaintiff's Motions to Compel as to Defendant LAPPIN's deposition were not rendered moot by the Court's Order and Opinion denying the motions to dismiss and to stay discovery; and in fact, Defendants' continued refusal to provide dates for the deposition of Defendant LAPPIN demonstrates the need for the

Court to enter an Order compelling the deposition of LAPPIN to take place within 30 days.

WHEREFORE, Plaintiff objects to the Magistrate Judge's Omnibus Order dated July 26, 2010 [D.E. 44] and respectfully requests this Honorable Court enter an Order clarifying or reconsidering same, plus such other and further relief as this Court deems just and proper.

Respectfully submitted,

 s/ Craig R. Zobel
Craig R. Zobel, Esq.
Florida Bar No. 056080
Email: czobel@reidzobel.com
REID & ZOBEL, P.A.
222 Lakeview Avenue, Suite 1160
West Palm Beach, FL  33401
Phone: (561) 659-7700
Fax: (561) 659-6377
Attorneys for Plaintiff

**Certificate Of Service**

I hereby certify that on July 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

 s/ Craig R. Zobel
Craig R. Zobel, Esq.

**SERVICE LIST**
**Kaplan versus Lappin and The Palm Beach Pops**
**Case No.:  9:10-CIV-80227 MARRA**
**United States District Court**
**Southern District of Florida**

Served Via Notices Of Electronic Filing Generated By CM/ECF

Craig R. Zobel, Esq.
email:  czobel@reidzobel.com
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
West Palm Beach, FL 33401
P.O Drawer 2926
West Palm Beach, FL 33402-2926
Telephone:     561-659-7700
Facsimile:      561-659-6377
Attorneys for Plaintiff


G. Joseph Curley, Esq.
email:  jcurley@gunster.com
Keith E. Sonderling, Esq.
email:  ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL  33401
Telephone:     561-655-1980
Facsimile:      561-655-5677
Attorneys for Defendant