UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NUMBER:  9:10-CIV-80227 MARRA

JILL KAPLAN

     Plaintiff,

v.

ROBERT LAPPIN, and
THE PALM BEACH POPS, INC.,

     Defendants.
_____/

## PLAINTIFF'S FACT & EXPERT WITNESS LIST

Plaintiff JILL KAPLAN, by and through her undersigned counsel, pursuant to this Court's Order dated March 25, 2010 [DE 12] and Fed. R. Civ. P. 26(a)(3)(A), hereby furnishes the following list of Fact and Expert Witnesses.

A.    The following persons are those that Plaintiff expects to call at trial[1]:

1. Jill Kaplan
2. W. Robert Lappin
3. Robert Aronson
4. Doris Logan
5. Sara Hebert
6. Larissa Klein
7. Joann Bayer
8. JJ Goeble
9. Rsafiya Romeo
10. John Calahan
11. Diana Anderson

---

[1] Addresses for witnesses numbered 1 – 65 herein were previously provided, if known, in Plaintiff's Initial Disclosures dated April 7, 2010 and Plaintiff's Answers to Defendant Robert Lappin's First Set of Interrogatories dated May 12, 2010.

12. Angela Kimberly
13. Martin Hand
14. Debra _____
15. Eric Williams
16. Kerri McClosky
17. Emmanuelle Tsakarious
18. Corporate Representative to be designated by Palm Beach Pops, Inc.
19. Louis Nostro
20. James Fitzgerald
21. Cherry, Bekaert & Holland, LLP, Person With Most Knowledge or Corporate Representative
22. Terry Spence
23. Toby Chabon Berger
24. Marla Blume
25. Annette Whitehead
26. Kim Rodale
27. Connie McNamara
28. Lori Stocksteil
29. Ariana Alvarez, MD
30. Michael Chidester, MD
31. Michael Cohen, MD
32. Barry Simon, MD
33. Seth J. Herbst, MD
34. Kimberly Leyendecker, ARNP
35. Debra Borna, RDMS
36. Patricia Delgado, MD
37. Christina E. Vallegio, MD
38. Jennifer Kaplan, MD
39. Donna D. Allessio, MD
40. Dr. Van Zee
41. Elizabeth Morris, MD
42. Violetta Barbashina, MD
43. Ronald Ghossein, MD
44. Marc Rosenblum, MD
45. Yukio Sonoda, MD
46. Richard Wong, MD
47. Andrew Martorella, MD
48. Ronald Owens, MD
49. Cathryn Kirvin, RN
50. Elizabeth McKeen, MD
51. Chauncey W. Crandall, IV, MD
52. Joseph Guastamacchia, PA-C
53. Dr. Richman

54. William Kaye, MD
55. Mark Phillips, MD
56. David Simon, DO
57. David Kos, MD
58. Yvette LaClaustra, MD
59. Gordon Johnson, MD
60. Dr. Rich Benedickt
61. Webb Earthman, MD
62. Dr. Fishbane
63. Dr. Goodwin
64. Howard Green, MD
65. Andrea Hayes, MD

66. Jose Ferrer
    1420 North Swinton Ave.
    Delray Beach, Florida  33444

67. Michele Bramien
    *(address unknown)*

68. Peter Francis
    *(address unknown)*

69. Brian Stanley
    *(address unknown)*

70. Benjamin Salsubury
    *(address unknown)*

71. Jan Lederman, Ph.D.
    2699 East Oakland Park Blvd
    Fort Lauderdale FL 33306

72. Seth Katzen
    *(address unknown)*

73. Pam Gionfriddo
    909 Fern Street
    West Palm Beach, FL 33401

74. Brad Gordon
    *(address unknown)*

75. Dorothy Lappin
    150 Bradley Pl

3

       Palm Beach, FL 33480
       (561) 832-2933

76. Sally Robinson
    3450 Northlake Boulevard
    Palm Beach Gardens, FL 33403-1712
    (561) 847-4126

77. Gabrielle _____
    *(Address unknown)*

78. Al Hoffman
    *(Address unknown)*

79. George Kessel
    5614 Vintage Oaks Terrace
    Delray Beach, FL 33484-6300

80. Herman Hammer
    *(Address unknown)*

81. Zella Witt
    7406 Mahogany Bend Place
    Boca Raton, FL 33434

82. Charlotte Pelton
    2396 S. Shore Drive
    Palm Beach Gardens, FL 33410

83. Christine Pitts
    Arts Consulting Group, Inc.
    1718 M Street NW, Suite 283
    Washington, DC 20036-4504
    (202) 478-5306

84. Lee Kappelman
    Arts Consulting Group, Inc.
    1718 M Street NW, Suite 283
    Washington, DC 20036-4504
    (202) 478.5306

85. John Gibson
    *(Address unknown)*

86. Corby Kaye
    315 Peruvian Avenue
    Palm Beach, FL 33480

87. Thomas L. Rodabaugh
    620 Cranes Way #304
    Altamonte Springs, FL   32701
    405-412-0249

88. Peter Lockhart
    1135 Shady Lane
    Ashland, OH  44805
    419-651-0105

89. Records Custodian
    Club Trapeze
    5213 North State Road 7
    Tamarac, FL  33319
    954-730-8121

90. Jeffrey Chabon
    2502 North Dixie Highway, Suite 7
    Lake Worth, FL  33460
    561-228-8854

91. Jose Batalla
    Baxter Martin Advertising
    3471 North Federal Highway, Suite 404
    Ft. Lauderdale, FL   33306
    954-563-0602

92. Gloria Briggs
    11067 Old Harbour Road
    North Palm Beach, FL  33408

93. Maureen Roschel Tornetta
    4151 N. Haverhill Road #1517
    West Palm Beach, FL  33417

94. Alexa Radd
    13611 Chatsworth Village
    Wellington, FL  33414

95. Donna Ross
    PO Box 851

Palm Beach, FL 33411

96. Christine Stickney
500 S. Australian Avenue, Suite 100
West Palm Beach, FL 33401

97. Robert Russell
Colony Hotel
155 Hammon Avenue
Palm Beach, FL 33480
561-655-5430

98. Florence Seiler
4410 Lasey Oak Drive
Palm Beach Gardens, FL 33410

99. Larry Moens
245 Sunrise Avenue
Palm Beach, FL 33480
(561) 655-5510

100. Dick Robinson
3450 Northlake Boulevard
Palm Beach Gardens, FL 33403-1712
(561) 847-4126

101. Suzy Goldsmith
*(Address unknown)*

102. David Quilleon
500 South Australian Avenue, Suite 100
West Palm Beach, FL 33401

103. Glenn Ross Caddy Ph.D.                    EXPERT
3101 N. Federal Highway, Ste. 301
Fort Lauderdale, FL 33306
Telephone: (954) 565-8850

104. Bernard Pettingill, Ph.D.                 EXPERT
93 Sandbourne Lane
P.G.A. National
Palm Beach Gardens, FL 33418

B. The following persons are those that Plaintiff may call at trial if the need arises[2]:

1. Mary Rowell
2. Phil Flanigan
3. Rafael Elvira
4. Antonio Rincon
5. Monica Cheverson
6. Elena Dumitrescu
7. Rafael Betancourt
8. Luis Fernandez
9. Helen Cunningham
10. Valentin Mansurov
11. Osiris Aragon
12. Raisa Ilytuvich
13. Frank Derrick
14. Svetlana Forte
15. Carlos Jaquez
16. Galina Dennison
17. David Pedraza
18. Rafael Ramirez
19. Marcono Modesto
20. Josh Shepard
21. Cornelia Bruebeck
22. Elena Alamilla
23. Teresa Esparaza
24. Carissa Reese
25. Circe Diaz
26. Gabriel Torres
27. Marilyn Maingart
28. Sara Stout
29. Sara Fletcher
30. Sara Kennedy
31. Laura Winters
32. Richard Wagner
33. Randy Emerick

---

[2] Addresses for witnesses Plaintiff may call, numbered 1 – 50 herein, were previously provided, if known, in Plaintiff's Initial Disclosures dated April 7, 2010 and Plaintiff's Answers to Defendant Robert Lappin's First Set of Interrogatories dated May 12, 2010.

34. James Haywood
35. Arthur Grossman
36. Danny Salmation
37. Sandy Riblett
38. Eric Kerley
39. Julie McAlister
40. Predrag Ivonivic
41. Eraldo Arujo
42. Scott Malamerson
43. John Amaroso
44. Steve Ahern
45. Dante Luciani
46. Dave Katowski
47. James Bermann
48. Kay Kemper
49. Gary Mayone
50. Brad Watson

Plaintiff reserves the right to amend or supplement this Witness List as other witnesses are discovered and/or found to be deemed necessary in this matter.

Dated:  August 3, 2010.

                Respectfully submitted

                /s Craig R. Zobel_____
                CRAIG R. ZOBEL, ESQUIRE
                Florida Bar Number:  056080
                REID & ZOBEL, P.A.
                222 Lakeview Avenue, Suite 1160
                West Palm Beach, Florida  33401
                czobel@reidzobel.com
                Telephone:  (561) 659-7700
                Facsimile:   (561) 659-6377

## CERTIFICATE OF SERVICE

     I hereby certify that on August 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/Craig R. Zobel_____
                                                      CRAIG R. ZOBEL, ESQUIRE

KAPLAN V. LAPPIN AND PALM BEACH POPS, INC.
CASE NUMBER:  09-80227-CIV-MARRA/JOHNSON
UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

## SERVICE LIST

Served Via Notices Of Electronic Filing Generated By CM/ECF

Craig R. Zobel, Esq.
email:  czobel@reidzobel.com
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
West Palm Beach, FL 33401
P.O Drawer 2926
West Palm Beach, FL 33402-2926
Telephone:     561-659-7700
Facsimile:     561-659-6377
Attorneys for Plaintiff


G. Joseph Curley, Esq.
email:  jcurley@gunster.com
Keith E. Sonderling, Esq.
email:  ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL  33401
Telephone:     561-655-1980
Facsimile:     561-655-5677
Attorneys for Defendants