UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-80227-CIV-MARRA

JILL KAPLAN,

    PLAINTIFF,

v.

THE PALM BEACH POPS, INC.,
and ROBERT LAPPIN,

    DEFENDANTS.
_____/

## DEFENDANTS' FACT & EXPERT WITNESS LIST

    Defendants, the Palm Beach Pops, Inc. and Robert Lappin, disclose the following witnesses pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Joint Scheduling Report [D.E. 10], and the Court's Mach 25, 2010 Order [D.E. 12]. As there has only been limited discovery, not a single deposition taken, and notwithstanding the discovery deadline for this case is not until December 15, 2010 and calendar call not until May 20, 2011, Defendants expressly reserve the right to amend or supplement this Witness List, as other witnesses will be identified and experts will be retained, throughout the discovery process. Further, these disclosures are based on the information reasonably available to the Defendants, at this early stage of the litigation, and do not purport to identify every witness or expert possibly relevant to this case. Defendants also fully incorporate any and all witnesses listed in Plaintiff's Fact & Expert Witness List [D.E. 48].

### WITNESSES

    1.    **Jill Kaplan**
        c/o Craig Zobel, Esq.
        Reid & Zobel, P.A.
        Esperante Building, Suite 1160
        West Palm Beach, FL 33401
        561-659-7700

2. **Robert Lappin**
   c/o Keith Sonderling, Esq.
   Gunster, Yoakley & Stewart P.A.
   Phillips Point
   777 South Flagler Drive
   Suite 500 East
   West Palm Beach, FL  33401-6194
   561-655-1980

3. **David Quilleon**
   c/o Keith Sonderling, Esq.
   Gunster, Yoakley & Stewart P.A.
   Phillips Point
   777 South Flagler Drive
   Suite 500 East
   West Palm Beach, FL  33401-6194
   561-655-1980

4. **Gabriel Deloreto**
   c/o Keith Sonderling, Esq.
   Gunster, Yoakley & Stewart P.A.
   Phillips Point
   777 South Flagler Drive
   Suite 500 East
   West Palm Beach, FL  33401-6194
   561-655-1980

5. **Christine Stickney**
   c/o Keith Sonderling, Esq.
   Gunster, Yoakley & Stewart P.A.
   Phillips Point
   777 South Flagler Drive
   Suite 500 East
   West Palm Beach, FL  33401-6194
   561-655-1980

6. **Diana Anderson**
   c/o Keith Sonderling, Esq.
   Gunster, Yoakley & Stewart P.A.
   Phillips Point
   777 South Flagler Drive
   Suite 500 East
   West Palm Beach, FL  33401-6194
   561-655-1980

7. **Sara Hebert**
c/o Keith Sonderling, Esq.
Gunster, Yoakley & Stewart P.A.
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL  33401-6194
561-655-1980

8. **Rochita Romeo**
c/o Keith Sonderling, Esq.
Gunster, Yoakley & Stewart P.A.
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL  33401-6194
561-655-1980

9. **Bonnie Lazar**
c/o Keith Sonderling, Esq.
Gunster, Yoakley & Stewart P.A.
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL  33401-6194
561-655-1980

10. **Brad Watson**
c/o Keith Sonderling, Esq.
Gunster, Yoakley & Stewart P.A.
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL  33401-6194
561-655-1980

11. **Robert Russel**
Colony Hotel
155 Hammon Ave
Palm Beach, FL 33480
561-655-5430

12. **Robert Aronson**
72 King Fisher Way
Boynton Beach, FL
561-642-6540

13. **Jeffrey Chabon**
    2502 North Dixie Highway, Suite 7
    Lake Worth, FL 33460
    561/228-8854

14. **Jose Patella**
    Baxter Martin Advertising
    3471 North Federal Highway, Suite 4
    Ft. Lauderdale, FL

15. **Gloria Briggs**
    110670 Old Harbor Road
    North Palm Beach, FL 33408

16. **James Fitzgerald**
    18061 Lake Bend Drive
    Jupiter, FL 33458

17. **Maureen Roschel**
    4151 N. Haverhill Road, #1517
    West Palm Beach, FL 33417

18. **Alexa Radd**
    13611 Chatsworth Village
    Wellington, FL 33414

19. **Donna Ross**
    P.O. Box 851
    Palm Beach, FL 33411

20. **Florence Seiler**
    4410 Lasey Oak Drive
    Palm Beach Gardens, FL 33410

21. **Toby Chabon Burger**
    Address and Telephone Number Forthcoming.

22. **Dick Robinson**
    Address and Telephone Number Forthcoming.

23. **Larry Moens**
    Address and Telephone Number Forthcoming.

24. **Maureen Roschel Tornetta**
    Address and Telephone Number Forthcoming.

25. **Kim Roddell**
    Address and Telephone Number Forthcoming.

26. **JJ Goebel**
    Address and Telephone Number Forthcoming.

27. **Suzy Goldsmith**
    Address and Telephone Number Forthcoming.

28. **Dante Lucian**
    Address and Telephone Number Forthcoming.

Dated: August 3, 2010                                    Respectfully submitted,

                                          **s/Keith E. Sonderling**
G. JOSEPH CURLEY
Florida Bar No. 571873
e-mail: jcurley@gunster.com
KEITH E. SONDERLING
Florida Bar No. 0057386
Email: ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-6194
Telephone:   561-655-1980
Facsimile:   561-655-5677
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                        By:   **/s/Keith E. Sonderling**
                                                  Keith E. Sonderling

**SERVICE LIST**
**Jill Kaplan v. Robert Lappin and The Palm Beach Pops, Inc.**
**United States District Court, Southern District of Florida**
**Case No. 10-80227-CIV-MARRA**

**Electronic Mail Notice List**

Craig R. Zobel, Esq.
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
P.O Drawer 2926 (33402-2926)
West Palm Beach, Florida 33401
Telephone: 561-659-7700
Facsimile: 561-659-6377
e-mail: czobel@ridzobel.com
Attorney for Plaintiff

G. Joseph Curley, Esq.
Keith E. Sonderling, Esq.
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
e-mail:  jcurley@gunster.com
e-mail:  ksonderling@gunster.com
Attorneys for Defendants

**Manual Notice List**

None.