UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-CIV-80227 MARRA

JILL KAPLAN,,

    Plaintiff

vs.

ROBERT LAPPIN, and
THE PALM BEACH POPS, INC.,

    Defendants.
_____/

### PLAINTIFF'S REPLY TO PALM BEACH POPS, INC.'S AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, JILL KAPLAN, by and through her undersigned counsel, by and through her undersigned counsel, and files this Reply to Palm Beach Pops, Inc.'s Affirmative Defenses to Plaintiff's Amended Complaint, and states as follows:

1. Plaintiff denies the allegations set forth the first Affirmative Defense.

2. Plaintiff denies the allegations set forth the second Affirmative Defense.

3. Plaintiff denies the allegations set forth the third Affirmative Defense..

4. Plaintiff denies the allegations set forth the fourth Affirmative Defense.

5. Plaintiff denies the allegations set forth the fifth Affirmative Defense.

6. Plaintiff denies the allegations set forth the sixth Affirmative Defense.

7. Plaintiff denies the allegations set forth the seventh Affirmative Defense.

8. Plaintiff denies the allegations set forth the eighth Affirmative Defense.

9. Plaintiff denies the allegations set forth the ninth Affirmative Defense.

10. Plaintiff denies the allegations set forth the tenth Affirmative Defense.

11. Plaintiff denies the allegations set forth the eleventh Affirmative Defense.

Respectfully submitted,

s/ Craig R. Zobel
Craig R. Zobel, Esq.
Florida Bar No. 056080
Email: czobel@reidzobel.com
REID & ZOBEL, P.A.
222 Lakeview Avenue, Suite 1160
West Palm Beach, FL 33401
Phone: (561) 659-7700
Fax: (561) 659-6377
Attorneys for Plaintiff

## Certificate Of Service

I hereby certify that on August 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

s/ Craig R. Zobel
Craig R. Zobel, Esq.

**SERVICE LIST**
**Kaplan versus Lappin and The Palm Beach Pops**
**Case No.: 9:10-CIV-80227 MARRA**
**United States District Court**
**Southern District of Florida**

Served Via Notices Of Electronic Filing Generated By CM/ECF

Craig R. Zobel, Esq.
email: czobel@reidzobel.com
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
West Palm Beach, FL 33401
P.O Drawer 2926
West Palm Beach, FL 33402-2926
Telephone:   561-659-7700
Facsimile:   561-659-6377
Attorneys for Plaintiff


G. Joseph Curley, Esq.
email: jcurley@gunster.com
Keith E. Sonderling, Esq.
email: ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL  33401
Telephone:   561-655-1980
Facsimile:   561-655-5677
Attorneys for Defendant