UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NUMBER:  9:10-CIV-80227 MARRA

JILL KAPLAN

    Plaintiff,

v.

ROBERT LAPPIN, and
THE PALM BEACH POPS, INC.,

    Defendants.
_____/

## PLAINTIFF'S REBUTTAL WITNESS LIST

Plaintiff JILL KAPLAN, by and through her undersigned counsel, pursuant to this Court's Order dated March 25, 2010 [DE 12] and Fed. R. Civ. P. 26(a)(3)(A), hereby furnishes the following list of Rebuttal Witnesses.

A.     The following persons are those that Plaintiff expects to call at trial for rebuttal[1]:

    1.     Jill Kaplan
    2.     Robert Aronson
    3.     James Fitzgerald
    4.     Gloria Briggs
    5.     Jonathan Lappin
             105 Villa Neuva Place
             Palm Beach Gardens, FL  33418-1719
    6.     Joann Bayer

---

[1] Addresses for witnesses herein were previously provided, if known, in Plaintiff's Initial Disclosures dated April 7, 2010, and Plaintiff's Answers to Defendant Robert Lappin's First Set of Interrogatories dated May 12, 2010, and Plaintiff's Fact and Expert Witness List dated August 3, 2010[DE48].

    7.    Michele F. Brainen
          7981 Horned Lark Cir.
          Port Saint Lucie, FL 34952-3194

Plaintiff reserves the right to amend or supplement this Rebuttal Witness List as other witnesses are discovered and/or found to be deemed necessary in this matter.

Dated: September 3, 2010.

                Respectfully submitted

                /s Craig R. Zobel
                CRAIG R. ZOBEL, ESQUIRE
                Florida Bar Number: 056080
                REID & ZOBEL, P.A.
                222 Lakeview Avenue, Suite 1160
                West Palm Beach, Florida 33401
                czobel@reidzobel.com
                Telephone: (561) 659-7700
                Facsimile: (561) 659-6377

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Craig R. Zobel_____
                                                CRAIG R. ZOBEL, ESQUIRE

KAPLAN V. LAPPIN AND PALM BEACH POPS, INC.
CASE NUMBER:  09-80227-CIV-MARRA/JOHNSON
UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

## SERVICE LIST

Served Via Notices Of Electronic Filing Generated By CM/ECF

Craig R. Zobel, Esq.
email:  czobel@reidzobel.com
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
West Palm Beach, FL 33401
P.O Drawer 2926
West Palm Beach, FL 33402-2926
Telephone:    561-659-7700
Facsimile:     561-659-6377
Attorneys for Plaintiff


G. Joseph Curley, Esq.
email:  jcurley@gunster.com
Keith E. Sonderling, Esq.
email:  ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL  33401
Telephone:    561-655-1980
Facsimile:     561-655-5677
Attorneys for Defendants