UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-80227-CIV-MARRA

JILL KAPLAN,

    PLAINTIFF,

v.

THE PALM BEACH POPS, INC.,
and ROBERT LAPPIN,

    DEFENDANTS.
_____/

## DEFENDANTS' REBUTTAL WITNESS LIST

Defendants, the Palm Beach Pops, Inc. and Robert Lappin, disclose the following witnesses and exhibits pursuant to the Court's Mach 25, 2010 Order [DE 12] and Fed. R. Civ. P. 26(a)(3)(A). As there has only been limited discovery, not a single deposition taken, and notwithstanding the discovery deadline for this case is not until December 15, 2010 and calendar call not until May 20, 2011, Defendants expressly reserve the right to amend or supplement this Witness Rebuttal List, as other rebuttal witnesses might be identified throughout the discovery process. Further, these disclosures are based on the information reasonably available to the Defendants, at this early stage of the litigation, and do not purport to identify every rebuttal witness. Defendants also fully incorporate any rebuttal witnesses listed in Plaintiff's Rebuttal List [D.E. 52].

## REBUTTAL WITNESSES

1. **Jill Kaplan**
   c/o Craig Zobel, Esq.
   Reid & Zobel, P.A.
   Esperante Building, Suite 1160
   West Palm Beach, FL 33401
   561-659-7700

2. **Robert Lappin**
c/o Keith Sonderling, Esq.
Gunster, Yoakley & Stewart P.A.
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL  33401-6194
561-655-1980

3. **Gloria Briggs**
c/o Keith Sonderling, Esq.
Gunster, Yoakley & Stewart P.A.
Phillips Point
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL  33401-6194
561-655-1980

4. **Robert Aronson**
72 King Fisher Way
Boynton Beach, FL
561-642-6540

5. **Gloria Briggs**
110670 Old Harbor Road
North Palm Beach, FL 33408

Dated: September 3, 2010                          Respectfully submitted,

                                                  **s/Keith E. Sonderling**
                                                  G. JOSEPH CURLEY
                                                  Florida Bar No. 571873
                                                  e-mail:  jcurley@gunster.com
                                                  KEITH E. SONDERLING
                                                  Florida Bar No. 0057386
                                                  Email:  ksonderling@gunster.com
                                                  Gunster, Yoakley & Stewart, P.A.
                                                  777 South Flagler Drive, Suite 500 East
                                                  West Palm Beach, FL  33401-6194
                                                  Telephone:    561-655-1980
                                                  Facsimile:    561-655-5677
                                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

      By:    **/s/Keith E. Sonderling**
                Keith E. Sonderling

- 4 -

## SERVICE LIST
### Jill Kaplan v. Robert Lappin and The Palm Beach Pops, Inc.
### United States District Court, Southern District of Florida
### Case No. 10-80227-CIV-MARRA

**Electronic Mail Notice List**

Craig R. Zobel, Esq.
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
P.O Drawer 2926 (33402-2926)
West Palm Beach, Florida 33401
Telephone: 561-659-7700
Facsimile: 561-659-6377
e-mail: czobel@ridzobel.com
Attorney for Plaintiff

G. Joseph Curley, Esq.
Keith E. Sonderling, Esq.
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
e-mail:  jcurley@gunster.com
e-mail:  ksonderling@gunster.com
Attorneys for Defendants

**Manual Notice List**

None.