UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-80227-CIV-MARRA

JILL KAPLAN,

    PLAINTIFF,

v.

THE PALM BEACH POPS, INC.,
and ROBERT LAPPIN,

    DEFENDANTS.
_____/

**DEFENDANT, THE PALM BEACH POPS, INC.'S STATEMENT OF
UNDISPUTED FACTS IN SUPPORT OF JURISDICTIONAL MOTION
FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW
ON COUNTS IV AND V DUE TO THE ABSENCE OF 15 EMPLOYEES [D.E. 123]**

Defendant, The Palm Beach Pops, Inc. (the "Pops"), pursuant to Rule 7.5, S.D. Fla. L.R., files its Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment on Counts IV and V, and states as follows:[1]

1.    The Pops is a world-class pops orchestra, founded in 1991 and performing its debut performance in 1992. (Quilleon Aff. ¶ 3)

2.    Each season, the Pops performs six concert series, with six performances per series. The season takes place over the course of six months – from November to April – with one series each month. ("Quilleon Aff. ¶ 5.) The performances typically take place over the course of an approximately eight-day period each month. (Id.) The actual total number of

---

[1] The five affidavits and two deposition testimonies relied on herein have been contemporaneously filed with this Statement. The affidavits are cited as follows: Affidavit of Diana Anderson ("Anderson Aff."); Affidavit of Frank J. Derrick ("Derrick Aff."); Affidavit of Sara Fletcher ("Fletcher Aff."); Affidavit of Marco Antonio Navarrete ("Navarrete Aff."); and Affidavit of David Quilleon ("Quilleon Aff."). The depositions are cited as follows: Diana Anderson ("D. Anderson Dep."); James Berman ("J. Berman Dep."); and J.J. Goebel ("J. Goebel Dep.").

performances is approximately 37 per season, with two rehearsals per series. (Id.) For example, in 2009, the total number of services (concerts and rehearsals) was 42, as reflected on the Rehearsal/Concert Schedule, attached to the independent contractor agreements. (Id.)

      3.      The Pops contracts with musicians for these performances through an independent contractor, FJD Music Services, Inc. ("FJD"), which is owned and operated by Frank J. Derrick, and pays FJD for its services in providing musicians. (Quilleon Aff. ¶ 6; Derrick Aff. ¶¶ 2, 6; Ex. 1 to Derrick Aff.) The Pops does not directly hire the musicians that perform with the Pops each season, nor does it pay them directly, instead going through FJD. (Quilleon Aff. 7.)

      4.      Prior to the beginning of each concert season, the Pops informs FJD of the upcoming season schedule and the musicians needed for each performance. FJD was responsible for selecting and providing the musicians and the Pops would pay FJD a fee for that service. (Quilleon Aff. ¶ 6; Derrick Aff. ¶¶ 2, 6.)

      5.      These musicians, who are professional, experienced musicians, are recruited by FJD and are independent contractors of FJD, not the Pops. (Derrick Aff. ¶ 3; Quilleon Aff. ¶¶ 6-7.) The Pops does not provide them with any training or lessons, nor does it provide them with instruments. (Quilleon Aff. ¶ 8.)

      6.      Each musician signs an independent contractor agreement with FJD. (Derrick Aff. ¶ 5; see, e.g., Ex. 2 to Derrick Aff.) Among other things, the agreement provides the terms of the musician's compensation for that season, requires them to provide their own instrument, and includes the schedule of performances. (Ex. 2 to Derrick Aff.; Derrick Aff. ¶ 5.) The agreement does not impose any requirements on the musician for individual practice and that is left to the discretion of the musician. (Quilleon Aff. ¶ 8; Derrick Aff. ¶ 5.)

7. The musicians would indicate their availability for each performance at the outset of the season. If a musician could perform only certain series or performances in a season due to his or her schedule and other commitments, this is permitted. A musician could decline a particular service during the season if a scheduling conflict arose. (Derrick Aff. ¶ 7.)

8. The musicians are not limited to performing solely for the Pops during the term of their contract. (Quilleon Aff. ¶ 10; Derrick Aff. ¶ 4.) The musicians' independent contractor agreements specifically state that the musician is free to engage in his or her own activities and perform elsewhere. (Derrick Aff. ¶ 5; Ex. 2 to Derrick Aff.) In fact, many of the musicians also contract with other organizations throughout the year or have full-time employment.

9. For example, independent contractor Sara Fletcher, is the principal oboe player with the Pops. She also regularly performs with the Atlantic Classical Orchestra, the Strauss Symphony of America, the Space Coast Symphony, St. Edward's School, First Presbyterian Church and others. Additionally, she teaches fulltime at Imagine Schools in Indian River County as a music teacher. (Fletcher Aff. ¶ 4.) The Pops is not her main source of income, nor does she consider herself to be an employee of the Pops. (Id. ¶¶ 4, 5.)

10. Another independent contractor, Marco Navarette, is the English Horn player with the Pops. He also regularly performs with the Symphony of the Americas. Additionally, he is employed full time at Florida International University as a Professor of Oboe. (Navarette Aff. ¶ 4.) The Pops is not his main source of income, nor does he consider himself to be an employee of the Pops. (Id. ¶¶ 4, 5.)

11. Similarly, Frank J. Derrick contracts with the Pops both on behalf of FJD to procure musicians for the Pops and as an independent contractor musician. As an independent contractor, Derrick has contracted with the Pops as its trio drummer since its first performance in

1992.  (Derrick Aff. ¶ 10.)  He also regularly performs with other organizations, such as the Frank Derrick Big Band, Bob Hoose Orchestra, Maureen McGovern, the Louis Armstrong Legacy Band, and the Symphony of Americas.  (Derrick Aff. ¶ 11.)  Derrick does not consider himself to be an employee of the Pops.  (Id. ¶ 10.)

12. The musicians who perform with the Pops are paid on a per "service" basis; a service is either a rehearsal or a concert. (Derrick Aff. ¶ 8; Fletcher Aff. ¶ 3; Navarrete Aff. ¶ 4.) They receive a Form 1099 at the end of each year from FJD.  No taxes are withheld from the musician's pay and no benefits, such as pension contributions, workers' compensation funds, or unemployment insurance, are provided by FJD.

13. No musician ever receives compensation directly from the Pops.  The musicians (and any other contractors) are independent contractors, not employees of the Pops.  Therefore, the Pops does not provide any benefits, such as health insurance, pension benefits, or unemployment benefits, to any of the contractors or sub-contractors it engages.  (Quilleon Aff. ¶ 7.)

14. As stated in the contract, FJD has the sole discretion to select, recruit, retain, and terminate the independent contractor musicians.  The Pops does not have direct authority to terminate these musicians.  (Derrick Aff. ¶ 9.)

15. The Pops also contracts with a stage manager/technical director, J.J. Goebel (d/b/a Sunsets Corporation, Inc.), and before him, Eric Williams (d/b/a The Special Services Group), both independent contractors.  (Quilleon Aff. ¶ 9; see Ex. 2 to Quilleon Aff. ; Ex. 3 to Quilleon Aff.) As reflected in their agreements, these contractors, like the musicians, were paid on a per service basis, did not receive any benefits from the Pops, and were treated as contractors for tax

purposes.  (Quilleon Aff. ¶ 9; see Ex. 2 to Quilleon Aff. ; Ex. 3 to Quilleon Aff.; J. Goebel Dep. 19:5-7; 20:5-13.)

16.     In short, the musicians and technical director are not employees of the Pops. They consider themselves independent contractors, not employees.  (See e.g., J. Berman Dep. 6:15-18, Nov. 22, 2010; D. Anderson Dep. 39:9-12, Nov. 17, 2010; Fletcher Aff. ¶ 5; Navarrete Aff. ¶ 5; Derrick Aff. ¶ 10.)  Plaintiff herself acknowledged that the musicians are not employees in a September 17, 2008 memo to the Pops' employees, informing them of company policy regarding independent contractor musicians.  Plaintiff stated that "[i]t is the policy of the Palm Beach Pops to utilize the service of an independent contractor for the management of the musicians" and goes on to instruct employees not to directly contact the "independent contractor musicians."  (See Ex. 1 to Anderson Aff.)

17.     In fact, the Pops staff consists only of the Executive Director, the CEO/Conductor, and a small administrative staff, including, at various times, the following positions:

- Bookkeeper
- Executive Assistant
- Marketing
- Executive Director
- Development
- Box Office Manager
- Box Office Assistant
- Assistant
- Director of Education
- Production Assistant
- CFO
- Director of Community Relations
- Special Projects

During the time period of 2004 to 2009, the Pops has never employed more than 14 people at one time.  (Quilleon Aff. ¶ 4; Ex. 1 to Quilleon Aff.)

5

Dated February 28, 2011

Respectfully submitted,

**s/Keith E. Sonderling**
G. JOSEPH CURLEY
Florida Bar No. 571873
e-mail: jcurley@gunster.com
KEITH E. SONDERLING
Florida Bar No. 0057386
Email: ksonderling@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401-6194
Telephone: 561-655-1980
Facsimile:  561-655-5677
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing, generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/Keith E. Sonderling
        Keith E. Sonderling

## SERVICE LIST
### Jill Kaplan v. Robert Lappin and The Palm Beach Pops, Inc.
### United States District Court, Southern District of Florida
### Case No. 10-80227-CIV-MARRA

**Electronic Mail Notice List**

Craig R. Zobel, Esq.
Reid & Zobel, P.A.
Esperante Building, Suite 1160
222 Lakeview Avenue
P.O Drawer 2926 (33402-2926)
West Palm Beach, Florida 33401
Telephone: 561-659-7700
Facsimile: 561-659-6377
e-mail: czobel@ridzobel.com
Attorney for Plaintiff


G. Joseph Curley, Esq.
Keith E. Sonderling, Esq.
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401
Telephone:  561-655-1980
Facsimile:  561-655-5677
e-mail:  jcurley@gunster.com
e-mail:  ksonderling@gunster.com
Attorneys for Defendants


**Manual Notice List**

None.